THE BOWERY SAVINGS BANK, *Plaintiff*, v. JOHN KEENAN, *Defendant.*—Order affirmed, with ten dollars costs and disbursements, to be paid by the appellant Brockway. Opinion by DAVIS, P. J.

IN THE MATTER OF LEVI GOLDENBERG. — Order reversed, with ten dollars costs and disbursements; order entered vacating assessment. Opinion by DANIELS, J.

THOMAS H. WALTER and another, *Respondents*, v. JONATHAN O. FOWLER, *Appellant.* — Order modified, as directed in opinion. Opinions by BRADY, J., and DAVIS, P. J.

JOSEPHINE TODD, *Appellant*, v. ALBERT WEBER, Jr., and others, *Respondents.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.

JAMES M. SMITH, *as Receiver, etc., Respondent*, v. HENRY M. PLATT and others, *Executors, etc., of* GEORGE W. PLATT, *Deceased, Appellants.* — Orders and judgments affirmed, without costs to either party. Opinion by BRADY, J.

ALGERNON S. SULLIVAN, *Respondent*, v. MARGARET BENNIS, *Administratrix, etc., Appellant.* — Judgment affirmed. Opinion by BRADY, J.

GEORGE WINTER, *Respondent*, v. MARGARET ECKERT, *Appellant.* — Orders affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

BRIDGET ROACH, *Respondent*, v. JOHANNA AHERN and another, *Appellants.* — Judgment affirmed, with costs. Opinion by DANIELS, J.

ALFRED J. PINGOLD, *Respondent*, v. PHOEBE B. ALLEN, *Appellant.* — Judgment reversed, new trial granted, costs to abide event. Opinion by DAVIS, P. J.

GEORGE S. GOODALE, *as Receiver, etc., Respondent*, v. THE CENTRAL NATIONAL BANK OF THE CITY OF NEW YORK, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by MACOMBER, J.

AMBROSE S. CASSIDY, *Respondent*, v. ROBERT JENKINS, *Appellant.*— Judgment affirmed. Opinion by MACOMBER, J.

WILLIAM BURNS, *Respondent*, v. SIDNEY DILLON and others, *Appellants.* — Judgment affirmed. Opinion by MACOMBER, J.

MORRIS A. MYERS and others, *Respondents*, v. MICHAEL B. SHERMAN, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

ELIZABETH PATTERSON, *Respondent*, v. JANE W. McCUNN, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

ALFRED A. FREEMAN, *as Executor, etc., Appellant*, v. HARRIET A. COIT and FLORENCE A. FREEMAN. —Decision modified so as to allow the appellant costs and disbursements of appeal to be adjusted.